### STATE v. HORACE BRIGHT.

(Filed 1 March, 1961.)

**Criminal Law § 160—**

Appellant has the burden of showing prejudicial error presented by a proper assignment of error.

APPEAL by defendant from *Burgwyn, E. J.,* September 1960 Term, of BEAUFORT.

Defendant was charged in bills of indictment with assaults with a deadly weapon. The cases were consolidated for trial. Verdicts of guilty of simple assault were returned. Prison sentence of thirty days was imposed. Defendant excepted and appealed.

*Attorney General Bruton and Assistant Attorney General Jones for the State.*

*LeRoy Scott and Carter & Ross for defendant appellant.*

PER CURIAM. The sufficiency of the evidence to support the charges was not challenged by motion to nonsuit or for directed verdict. To secure a new trial it is necessary for appellant, by proper assignment of error, *Hunt v. Davis,* 248 N.C. 69, 102 S.E. 2d 405, to show prejudicial error. *Barefoot v. Rulnick,* 252 N.C. 483, 113 S.E. 2d 921. Here appellant failed in both requirements.

Appeal dismissed.